TAYLOR *et al.*, *Appellants*, v. SWITZER.

Division One, June 6, 1892.

**Practice in Supreme Court.** Where no exceptions were taken to the action of the trial court in overruling a motion to set aside a non-suit, there is nothing but the record proper to review by the supreme court upon appeal.

*Appeal from Bates Circuit Court.*—HON. JAMES B. GANTT, Special Judge. '

AFFIRMED.

*W. B. Councill, Jr., Page & Denton* and *A. L. Betz* for appellants.

*John D. Parkinson* and *Thomas J. Smith* for respondent. ·

BRACE, J.—This is an action in ejectment for the recovery of a tract of land in Bates county.

On the trial the court refused to permit a sheriff's deed to the land in question to be read in evidence, on the defendant's objection thereto. The plaintiffs thereupon took a nonsuit with leave, and in due time filed a motion to set the nonsuit aside, which motion, afterwards coming on to be heard, was overruled. Thereupon, without taking or saving any exceptions to the ruling of the court on the motion, the plaintiffs appealed. In which state of the record there being nothing for this court to review, the judgment will be affirmed. *City of St. Joseph v. Ensworth*, 65 Mo. 628; *Wilson v. Haxby*, 76 Mo. 345; *State ex rel. v. Hitchcock*, 86 Mo. 231. All concur.